# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST; TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND; TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST; and TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST,<br><br>    Plaintiffs,<br><br>    vs.<br><br>TURNER CRANE SERVICE COMPANY, a California corporation,<br><br>    Defendant. | CASE NO.:  CV09-05372 AHM (VBKx)<br><br>**JUDGMENT** |

This action having been commenced on July 23, 2009, and the Court having approved the stipulation for entry of judgment in favor of plaintiffs Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-Holiday Savings Trust, and Trustees of the Operating Engineers Training Trust and against defendant Turner Crane Service Company, a California corporation, and for good cause shown,

///

1  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

2      Plaintiffs Trustees of the Operating Engineers Pension Trust, Trustees of the
3  Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers
4  Vacation-Holiday Savings Trust, and Trustees of the Operating Engineers Training
5  Trust shall recover from defendant Turner Crane Service Company, a California
6  corporation, the principal amount of $41,716.44, together with post-judgment interest
7  calculated at the rate of 8% per annum.

9  DATED: September 17, 2009

                                      UNITED STATES DISTRICT JUDGE

**JS-6**

-2-

243424.1

Judgment